UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SAJKO, JR.,                           : | |
| Plaintiff                                    : | CIVIL ACTION NO. 1:20-1723 |
| v.                                           : | (JUDGE MANNION) |
| KILOLO KIJAKAZI,                             : | |
| Acting Commissioner of | |
| Social Security,[1]                          : | |
| Defendant                                    : | |

### O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Saporito (Doc. 22) are **OVERRULED**.

**(2)** The report and recommendation of Judge Saporito (Doc. 21) is **ADOPTED IN ITS ENTIRETY** as the ruling of the court.

---

[1] Kilolo Kijakazi became the Commissioner of Social Security effective July 9, 2021, to succeed Andrew Saul. Under Fed.R.Civ.P. 25(d)(1) and 42 U.S.C. §405(g), Kilolo Kijakazi is automatically substituted as the defendant in this action.

**(3)** The decision of the Commissioner denying the plaintiff's claim for disability insurance benefits and supplemental security income is **AFFIRMED**.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 27, 2022**
20-1723-01-Order